UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RE: TYLER J VARGAS | ) Case No. 19 B 36053 |
| | ) |
| Debtor | ) Chapter 13 |
| | ) |
| | ) Judge: JACQUELINE P COX |

**NOTICE OF MOTION**

TYLER J VARGAS                                      DAVID M SIEGEL
                                                    via Clerk's ECF noticing procedures

4336 W 183RD ST
COUNTRY CLUB HILLS, IL 60478

Please take notice that on March 23, 2020 at 10:30 am my designee or I will appear before the Honorable Judge JACQUELINE P COX at 219 South Dearborn Courtroom 680, Chicago, IL and present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at   55 E Monroe St., Chicago, Il 60603 or by the methods indicated on February 12, 2020.

/s/ Tom Vaughn

**TRUSTEE'S MOTION TO DISMISS FOR UNREASONABLE DELAY**

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to dismiss this case in support thereof states:

1. On December 23, 2019 the Debtor filed a petition and plan under Chapter 13 of Title 11 U.S.C.

2. That the above-captioned plan has not yet been confirmed.

3. That the Debtor has caused unreasonable delay that is prejudicial to creditors by failing to:

Missing 2015 and 2016 taxes; amend plan - #2.3 - check last box add submit language; amend I - no prorated listed and show new job/income.

WHEREFORE, the Trustee prays that this case be dismissed for unreasonable delay by the debtor pursuant to 11 U.S.C. § 1307 (c) (1).

Respectfully submitted,
/s/ Tom Vaughn

TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900